IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOSE FELICIANO ALVARADO-MONTOYA,<br><br>            Defendant. | 4:12MJ3061<br><br>**DETENTION ORDER** |

DETENTION ORDER PENDING PRELIMINARY HEARING

After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained the preliminary hearing.

Based on the evidence presented,, the court finds by clear and convincing evidence that defendant's release would pose a serious risk of defendant's nonappearance at court proceedings, and no condition or combination of conditions of release will sufficiently ameliorate that risk.

Specifically, the court finds:
The defendant is not a United States citizen, has access to others' passports, and could flee this country or flee to another location within the United States before trial.
The defendant has limited contacts with the community.

Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

September 10, 2012.                           BY THE COURT:

                                                                               *s/ Cheryl R. Zwart*
                                                                               United States Magistrate Judge